No. A–747. FEDERATION FOR AMERICAN IMMIGRATION RE-FORM ET AL. *v.* KLUTZNICK, SECRETARY OF COMMERCE, ET AL. D. C. D. C. Application for injunction, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Motion to treat the application as a statement as to jurisdiction denied.

No. A–758. HALSTON BUILDERS ASSOCIATES ET AL. *v.* KRAMER, TAX COLLECTOR FOR HAMILTON TOWNSHIP, ET AL. Application for stay of judgment of the Supreme Court of New Jersey, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BLACKMUN would grant the application.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. Motion of Alabama for entry of a supplemental decree and cross-motion of the United States for entry of a supplemental decree referred to the Special Master. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier order herein, see, *e. g., ante,* p. 901.]

No. 79–1. AMERICAN EXPORT LINES, INC. *v.* ALVEZ ET AL. Ct. App. N. Y. [Certiorari granted, 444 U. S. 924.] Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 79–48. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* GLOVER CONSTRUCTION Co. C. A. 10th Cir. [Certiorari granted, 444 U. S. 962.] Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* granted.

No. 79–66. AARON *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. [Certiorari granted, 444 U. S. 914.] Motion of Securities Industry Association for leave to file a supplemental brief as *amicus curiae* after argument denied.